# No. 26-4810

## In the United States Court of Appeals for the Ninth Circuit

**BRANDON J. McQUEEN**,
*Plaintiff and Appellant*,

v.

**JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; LOANDEPOT.COM, LLC; and FIRST AMERICAN TITLE INSURANCE COMPANY**,
*Defendants and Appellees*.

Appeal from the United States District Court,
Central District of California, Case No. 5:25-CV-02828-KK-KS,
Hon. Kenly Kiya Kato, District Judge

## APPELLEES' UNOPPOSED MOTION FOR 30-DAY EXTENSION TO FILE ANSWERING BRIEF; DECLARATION

**DYKEMA GOSSETT LLP**
James S. Azadian
Brian H. Newman
Chris S. Pacetti
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
jazadian@dykema.com bnewman@dykema.com

**Attorneys for Appellees**
*JPMorgan Chase Bank, N.A. Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association*

## MOTION FOR EXTENSION OF TIME

Under Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Appellees JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association respectfully submit this unopposed motion for a 30-day extension, through and including December 7, 2026, to file their Answering Brief. This request is based on the accompanying Declaration of Brian H. Newman ("Decl."), Appellees' lead appellate counsel.

Appellees' Answering Brief was originally due on October 6, 2026, but is currently due on November 5, 2026, the deadline secured by Appellees' streamlined request for a 30-day extension of time. (Decl. ¶ 2.) Appellees fully expect to complete and file their Answering Brief on or before December 7, 2026. (*Id.* ¶ 3.)

Even with Appellees' diligence to prepare and file the Answering Brief by the current deadline of November 5, 2026, the requested 30-day extension of time is necessary due to the voluminous trial court record, which includes three earlier complaints and the operative third amended complaint (a document of 42 single-spaced pages that contains 182 paragraphs with an additional 158 pages of exhibits). The trial court

concluded that the third amended complaint was "difficult to understand if not incomprehensible," and that it was "exceedingly apparent" to the trial court that it was prepared using ChatGPT. (*Id.* ¶¶ 5-6.) Because Appellant is *pro se*, the normal burden of production that falls on an appellant is now shifted to the Court and Appellee in this circumstance (*see* 9th Cir. R. 30-1.3), meaning more time is needed.

Appellees' counsel has been meeting and conferring with Appellant up until October 21, 2026 in a good-faith attempt to resolve this matter. (*Id.* ¶ 6.) However, Appellees were unable to secure a voluntary dismissal of this appeal. (*Id.*) Although Appellees' counsel has commenced record review and preparation of the Answering Brief before the meet-and-confer discussions ceased without resolution, Appellees' counsel will need additional time to complete the brief. (*Id.*)

Appellant has informed Appellees' counsel that he does not oppose this motion and, therefore, there is no known prejudice that would result from the requested extension. (*Id.* ¶ 4.) Appellees' request is made in good faith and not for the purpose of delay. (*Id.* ¶ 6.) There are no transcripts to designate. (*Id.* ¶ 8.)

For these reasons, Appellees respectfully request that the Court grant this unopposed motion, and extend the time for Appellees to file the Answering Brief until December 7, 2026.

DATED: October 23, 2026

DYKEMA GOSSETT LLP

By: ______________________________
BRIAN H. NEWMAN

Attorneys for Appellees
JPMorgan Chase Bank, N.A.,
Mortgage Electronic Registration
Systems, Inc., and Federal National
Mortgage Association

**DECLARATION**

I, Brian H. Newman, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the United States Court of Appeals for the Ninth Circuit. I am a partner with the law firm of Dykema Gossett LLP and counsel of record in this matter for Appellees JPMorgan Chase Bank, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association N.A. As Appellees' lead appellate counsel, I am familiar with the facts and record of this appeal. The following is within my personal knowledge.

2. The deadline for Appellees' Answering Brief is currently November 5, 2026. Appellees have requested and secured only one extension of time thus far in connection with this appeal: a 30-day streamlined request for extension of time to file Appellees' Answering Brief, as provided under Circuit Rule 31-2.2(a).

3. I expect to complete and file the Answering Brief on or before December 7, 2026.

4. Appellant (who is *pro se*) wrote to inform me that he does not oppose this requested 30-day extension. Because the 30th day falls on a

Saturday (December 5), the requested new filing deadline for Appellees' Answering Brief would move to the next court day, Monday (December 7). I know of no prejudice that would result from the requested extension.

5. At all times, Appellees' counsel has exercised diligence to provide this Court with timely briefing.

6. Appellees' request for a 30-day extension is made in good faith and not for the purpose of delay. The requested 30-day extension of time is necessary due to the voluminous trial court record. That includes three earlier complaints and the operative third amended complaint, which is 42 single-spaced pages, and contains 182 paragraphs with an additional 158 pages of exhibits. The trial court concluded that the third amended complaint was "difficult to understand if not incomprehensible," and that it was "exceedingly apparent" to the trial court that it was prepared using ChatGPT.

7. Because Appellant is *pro se*, the normal burden of production that falls on the appellant is now shifted to the Court and Appellee in this circumstance (see 9th Cir. R. 30-1.3), and, for this additional reason, more time is needed.

8. I have been meeting and conferring with Appellant up until October 21, 2026 in an attempt to resolve this matter. But I was unable to secure a voluntary dismissal of this appeal. Although I previously commenced record review and preparation of the Answering Brief before the meet-and-confer discussions ceased without resolution, I will need additional time to complete the brief.

9. There are no transcripts to designate, thus the court reporter is not in default.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 23rd day of October 2026, in Los Angeles, California.

______________________________